UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>MAURICE SESSUM,<br><br>                    Defendant. | 15 Cr. 667-6 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On April 20, 2020 Maurice Sessum, *pro se*, filed a motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). (*See* Dkt. #579, 580). The Government is hereby ORDERED to respond to such motion on or before **April 24, 2020**.

SO ORDERED.

Dated:   April 22, 2020
         New York, New York

                                             _____
                                             KATHERINE POLK FAILLA
                                             United States District Judge

*A copy of this Order was mailed by Chambers to:*

```
Maurice Sessum
Reg. No. 24456-055
Lewisburg Federal Prison Camp
P.O. Box 2000
Lewisburg, PA 17837
```