UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>          -v.-<br><br>MAURICE SESSUM,<br><br>                    Defendant. | 15 Cr. 667-6 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On April 20, 2020, Defendant Maurice Sessum filed a motion for compassionate release with the Court, pursuant to 18 U.S.C. § 3582(c)(1)(A). (Dkt. #579). On April 22, 2020, the Court ordered the Government to respond to Defendant's motion on or before April 24, 2020. (Dkt. #581). On April 23, 2020, the Government filed a letter brief opposing Defendant's motion. (Dkt. #582).

As the Government notes in its opposition, and as Defendant concedes (*see* Dkt. #579 at 3), Defendant has failed to exhaust his administrative remedies as required by 18 U.S.C. § 3582(c)(1)(A). The Court has researched the issue, and now aligns itself with those sister courts that have found the exhaustion requirement to be one that it can neither waive nor excuse. *See, e.g., United States* v. *Roberts*, No. 18 Cr. 528-5 (JMF), 2020 WL 1700032, at *1 (S.D.N.Y. Apr. 8, 2020). Therefore, the Court will not consider Defendant's motion for compassionate release at this time. Accordingly, Defendant is hereby ORDERED to notify the Court of the date on which he submitted his request for compassionate release to the Warden.

SO ORDERED.

Dated: April 23, 2020
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge

*A copy of this Order was mailed by Chambers to:*

Maurice Sessum
Reg. No. 24456-055
Lewisburg Federal Prison Camp
P.O. Box 2000
Lewisburg, PA 17837