UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| -v.- | 15 Cr. 667-6 (KPF) |
| MAURICE SESSUM, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

On April 20, 2020 Maurice Sessum, *pro se*, filed a motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). (*See* Dkt. #579, 580). The Government filed a letter brief in opposition on April 23, 2020. (Dkt. #582). The same day, the Court held that because Sessum had failed to exhaust his administrative remedies as required by 18 U.S.C. § 3582(c)(1)(A), the Court would not consider his motion at that time. (Dkt. #584). The Court ordered Sessum to notify the Court of the date upon which he submitted his request for compassionate release to the Warden at the Lewisburg Federal Prison Camp. (*See id.*).

On May 14, 2020, the Court received, from Sessum, a renewed motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). The motion was docketed on May 15, 2020. (Dkt. #590). In his motion, Sessum indicates that he submitted his request to the Warden of Lewisburg prison on April 14, 2020 and that he has not received a response from the Warden. (*Id.* at 2).

Accordingly, the Government is hereby ORDERED to respond to Sessum's renewed motion on or before **May 22, 2020**.

SO ORDERED.

Dated: May 15, 2020
       New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge

*A copy of this Order was mailed by Chambers to:*

```
Maurice Sessum
Reg. No. 24456-055
Lewisburg Federal Prison Camp
P.O. Box 2000
Lewisburg, PA 17837
```