UNITED STATES DISTRICT COURT
SOUNDER DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| -v.- | 15 Cr. 667 (KPF) |
| MAURICE SESSUM, | ORDER |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of Mr. Sessum's request for reconsideration of the Court's denial of his motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). (Dkt. #607). The Government is hereby ORDERED to respond by **September 2, 2020**; Mr. Sessum may file a reply on or before **September 9, 2020**.

SO ORDERED.

Dated:  August 19, 2020
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge