UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| -v.- | 15 Cr. 667-6 (KPF) |
| MAURICE SESSUM, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

On June 3, 2021, defendant Maurice Sessum filed a motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A), or alternatively for temporary furlough for medical reasons. (Dkt. #630). Mr. Sessum had previously filed a motion for compassionate release, which motion was denied by this Court. *See United States* v. *Sessum*, No. 15 Cr. 667-6 (KPF), 2020 WL 2836781, at *1 (S.D.N.Y. June 1, 2020), *reconsideration denied*, No. 15 Cr. 667-6 (KPF), 2020 WL 6392817 (S.D.N.Y. Oct. 30, 2020). (Dkt. #594, 616). In relevant part, the Court had previously observed that, "Considering all of the circumstances discussed in this Order, the Court believes the fairest course of action with respect to Mr. Sessum may be temporary release pursuant to 18 U.S.C. § 3622." (Dkt. #616 at 11).

According to Mr. Sessum's most recent submission, the Bureau of Prisons denied his request for a furlough, indicating in an email that "BOP isn't currently utilizing its furlough authority now that vaccine[s] are readily available to the inmate population." (Dkt. #630 at 2). However, the Court understood the basis for Mr. Sessum's furlough application to be his documented spinal issues, and not the COVID-19 pandemic. The Government

is hereby ORDERED to respond to Mr. Sessum's renewed application on or before **June 25, 2021**. The Court requests that the Government address specifically in its response whether and in what manner the BOP has resolved Mr. Sessum's furlough request and, relatedly, whether the BOP understood the request to emanate from Mr. Sessum's spinal issues and proffered need for surgery. If Mr. Sessum wishes to file a reply brief, he may do so on or before **July 2, 2021**.

SO ORDERED.

Dated: June 4, 2021
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge