UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> -v.- <br><br> MAURICE SESSUM, <br><br> Defendant. | 15 Cr. 667-6 (KPF) <br><br> **ORDER** |

KATHERINE POLK FAILLA, District Judge:

Defendant Maurice Sessum moved pursuant to 18 U.S.C. § 3582(c)(1)(A) for a sentence reduction or a transfer to home confinement in order to permit him to obtain medical treatment. (*See* Dkt. #630). The Court has been advised by staff at the United States Penitentiary in Lewisburg, Pennsylvania, that Mr. Sessum was released to home confinement on or about May 31, 2022. Accordingly, the Court denies his application as moot, and directs the Clerk of Court to terminate the motion at docket entry 630.

SO ORDERED.

Dated:  June 7, 2022
        New York, New York

*[signature: Katherine Polk Failla]*

KATHERINE POLK FAILLA
United States District Judge