UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

               -v.-

MAURICE SESSUM,

                       Defendant.

15 Cr. 667-6 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of Defendant Maurice Sessum's motion for compassionate release dated February 9, 2023.  (Dkt. #645).  The Government is hereby ORDERED to file any opposition to that motion on or before **March 27, 2023**.  If the Court finds that a reply brief in further support of Defendant's motion would aid in its resolution of the pending motion, it will order such a reply at a later date.

SO ORDERED.

Dated:  February 10, 2023
       New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge