

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 14, 2023



**BY ECF AND EMAIL**
The Honorable Katherine P. Failla
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:   *United States v. Maurice Sessum*, 15 Cr. 667 (KPF)

Dear Judge Failla:

    The Government writes to respectfully request an extension of the deadline to respond to the defendant's motion seeking compassionate release pursuant to the First Step Act (the "Motion"). On March 29, 2023, the Government filed a letter motion requesting until April 14, 2023 to oppose the Motion. Dkt. No. 650. The Court granted that request. Dkt. No. 651. The Government respectfully requests an extension until April 19, 2023 to file its opposition. Defense counsel consents to this request. This is the Government's second request for an extension.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney for the
    Southern District of New York

By: _____

    Brandon C. Thompson
    Assistant United States Attorney
    (212) 637-2444

cc:   Linda Joseph, Esq. (by ECF and email)

```
Application GRANTED.  The Clerk of Court is directed to terminate
the motion at docket entry 652.
```

    SO ORDERED.

```
Dated:    April 14, 2023
          New York, New York
```

*[signature: Katherine Polk Failla]*

    HON. KATHERINE POLK FAILLA
    UNITED STATES DISTRICT JUDGE